UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:  
THELMA JEAN MONROE  
2500 AGLER RD  
COLUMBUS, OH  43234

Case No:   05-56791

Judge:    John E. Hoffman Jr.

SSN(S):    XXX-XX-9750

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  April 20, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| WOLPOFF & ABRAMSON<br>702 KING FARM BLVD<br>ROCKVILLE, MD  208505775 | 12.73 |